**Order filed September 10, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00153-CR**
_____

**THOMAS JAMES IANUZI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1368809**

## ORDER

On September 5, 2013, the State filed a motion to supplement the clerk's record. The motion is granted.

The Harris County District Clerk is directed to file a supplemental clerk=s record on or before **September 23, 2013**, containing:

(1) a complete copy of Thomas James Ianuzi's two-page motion for new trial filed January 10, 2013, and all attachments and orders affixed to it; and

(2) any affidavit(s) or unsworn declaration(s) of Thomas James Ianuzi or

any other person that was filed in the aforementioned case on or before January 17, 2013.

If the omitted item(s) is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM